**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **RUBEN TOVAR,** | ) |
| Petitioner, | ) Case No. CV 14-1001 VAP (AJW) |
| v. | ) |
| **DAVE DAVEY, WARDEN,** | ) ORDER ACCEPTING REPORT AND ) RECOMMENDATION OF ) MAGISTRATE JUDGE |
| Respondent. | ) |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de</u> <u>novo</u> determination of the portions to which objections were directed.

DATED: August 26, 2015

_____
Virginia A. Phillips
United States District Judge