UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RUBEN TOVAR, | Case No. CV 14-1001-VAP(AJW) |
| Petitioner, | |
| v. | |
| DAVE DAVEY, Warden, | JUDGMENT |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: August 26, 2015

_____
Virginia A. Phillips
United States District Judge